UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED FINANCIAL CASUALTY
COMPANY,

                Plaintiff,

     v.

UNITED STATES POSTAL SERVICE,

                Defendant.

Case No. C25-2644-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 22, 2025, Plaintiff filed a complaint in this action. (Dkt. # 1.) On March 25, 2025, the Court ordered Plaintiff to file proof of timely service or to show cause why they could not timely serve Defendant. (Dkt. # 9.) On April 1, 2026, Plaintiff filed a status report stating that the parties were working on a possible out of court resolution and that Plaintiff would file proof of service or an update on settlement within 30 days. (Dkt. # 10.) No update has been received. Accordingly, Plaintiff is ORDERED to file proof of timely service, a notice of settlement, or to show cause why this case should not be dismissed for failure to prosecute, by **May 8, 2026**.

MINUTE ORDER - 1

Dated this 6th day of May, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2